B 1 (Official Form 1) (4/13)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Source Home Entertainment, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Source Home Entertainment, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN (if<br>more than one, state all):<br>**20-2228517** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN (if<br>more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br><br>**27500 Riverview Center Boulevard, Suite 400**<br>**Bonita Springs, Florida**<br>ZIP CODE **34134** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Lee County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of<br>a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of<br>a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) | |
|---|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under<br>title 26 of the United States Code (the Internal<br>Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." | ☒ Debts are primarily<br>business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed<br>application for the court's consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach<br>signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or<br>affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every<br>three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br><br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to<br>unsecured creditors. | |

Estimated Number of Creditors (on a consolidated basis)

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Estimated Assets (on a consolidated basis)

| $0- to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Estimated Liabilities (on a consolidated basis)

| $0- to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

B 1 (Official Form 1) (4/13)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Source Home Entertainment, LLC** | |
|---|---|---|
|  | | |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed:    **District of Delaware** | Case Number:<br>**09-11433 (KG)** | Date Filed:<br>**4/28/2009** |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor:<br>    **See Schedule 1** | Case Number: | Date Filed: |
|---|---|---|
| District:<br>    **District of Delaware** | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                                      _____
                                      (Name of landlord that obtained judgment)

                                      _____
                                      (Address of landlord)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form 1) (4/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Source Home Entertainment, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X *Pauline K. Morgan*
Signature of Attorney for Debtor(s)
Pauline K. Morgan
Printed Name of Attorney for Debtor(s)
Young Conaway Stargatt & Taylor, LLP
Firm Name
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Address
(302) 571-6600
Telephone Number
June 23, 2014
Date

\* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Stephen Dubé
Printed Name of Authorized Individual

Chief Restructuring Officer
Title of Authorized Individual

June 23, 2014
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

<u>**Schedule 1**</u>

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "<u>Debtors</u>") filed a petition in this court for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Source Home Entertainment, LLC.

1.    Source Home Entertainment, LLC

2.    Directtou, Inc.

3.    RDS Logistics, LLC

4.    Retail Vision, LLC

5.    Source Interlink Distribution, LLC

6.    Source Interlink International, Inc.

7.    Source Interlink Manufacturing, LLC

8.    Source Interlink Retail Services, LLC

**SOURCE HOME ENTERTAINMENT, LLC**
**SECRETARY'S CERTIFICATE**

**June 21, 2014**

I, Stephanie Justice, Vice President, Treasurer, and Secretary of Source Home Entertainment, LLC, a limited liability company organized and existing under the laws of the State of Delaware (the "Company"), do hereby certify the following at and as of the date hereof:

1.      I am the duly qualified, elected, and acting Secretary of the Company.

2.      Attached hereto as **Exhibit A** is a true, correct, and complete copy of resolutions (the "Resolutions") duly adopted by the Board (as defined in the Limited Liability Company Agreement of the Company (as amended from time to time, the "LLC Agreement")) at a meeting on June 21, 2014.

3.      The Resolutions were duly adopted by the Board, acting pursuant to the LLC Agreement.

4.      The Resolutions are not inconsistent with the LLC Agreement.

5.      The Resolutions have not been amended, modified, repealed, or rescinded since adopted, and are in full force and effect on and as of the date hereof.

[SIGNATURE PAGE FOLLOWS]

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate as of the first date above written.

SOURCE HOME ENTERTAINMENT, LLC

By: _____

Name: Stephanie Justice

Title: Vice President, Treasurer, and Secretary

# EXHIBIT A

**Resolutions**

# RESOLUTIONS OF THE BOARD OF
## SOURCE HOME ENTERTAINMENT, LLC

### June 21, 2014

The Board (as defined in the Limited Liability Company Agreement of the Company (as amended from time to time, the "LLC Agreement")) of Source Home Entertainment, LLC, a limited liability company organized and existing under the laws of the State of Delaware (the "Company"), took the following actions and adopted the following resolutions pursuant to the Company's LLC Agreement:

**WHEREAS,** the Board reviewed the materials presented by the Company's management and financial and legal advisors regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's businesses;

**WHEREAS,** the Board has had the opportunity to consult with the Company's management and financial and legal advisors and fully consider each of the strategic alternatives available to the Company; and

**WHEREAS,** the Board desires to approve the following resolutions.

I.    **VOLUNTARY PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**NOW, THEREFORE, BE IT RESOLVED THAT:**  In the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, (a) that the Company file or cause to be filed voluntary petitions for relief under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and (b) to consent to and approve, to the extent deemed necessary, the filing of voluntary petitions for relief under the Bankruptcy Code by the Company's direct or indirect subsidiaries; and

**BE IT FURTHER RESOLVED THAT:**  To the extent they exist, each of the following officers of the Company: President, Vice President, Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Chief Restructuring Officer, General Counsel, Treasurer, Secretary, and such other persons acting at their direction (each, an "Authorized Officer" and collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered to execute in the name of and on behalf of the Company all petitions, schedules, lists, and other papers or documents, and to take any and all action that they deem necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case.

## II.    APPOINTMENT OF OFFICERS

**BE IT FURTHER RESOLVED THAT:**  Joshua Korsower is hereby appointed to serve as Chief Financial Officer of the Company, to hold such office until his successor is duly elected and qualified or until his resignation or removal.

## III.    RETENTION OF PROFESSIONALS

**BE IT FURTHER RESOLVED THAT:**  Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the law firm of Kirkland & Ellis LLP ("Kirkland") as general bankruptcy and corporate counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings and actions as may be necessary or desirable; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and cause to be filed an appropriate application in the chapter 11 case for authority to retain the services of Kirkland;

**BE IT FURTHER RESOLVED THAT:**  Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway") as co-counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings and actions as may be necessary or desirable; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and cause to be filed an appropriate application in the chapter 11 case for authority to retain the services of Young Conaway;

**BE IT FURTHER RESOLVED THAT:**  Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the firm of FTI Consulting, Inc. ("FTI") as crisis and turnaround advisors to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings and actions as may be necessary or desirable; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and cause to be filed an appropriate application in the chapter 11 case for authority to retain the services of FTI;

**BE IT FURTHER RESOLVED THAT:**  Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and

directed to employ the firm of Kurtzman Carson Consultants LLC ("KCC") as notice and claims agent and administrative advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings and actions as may be necessary or desirable; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and cause to be filed appropriate applications in the chapter 11 case for authority to retain the services of KCC; and

**BE IT FURTHER RESOLVED THAT:**  Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case, and cause to be filed appropriate applications in the chapter 11 case for authority to retain the services of any other professionals as necessary or advisable.

## IV.    CASH COLLATERAL

**BE IT FURTHER RESOLVED THAT:**  In connection with the commencement of the chapter 11 case, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, is authorized and directed to seek approval of a cash collateral order in interim and final form (a "Cash Collateral Order"), and each of the Authorized Officers, acting alone or with one or more other Authorized Officers, is authorized and directed to negotiate, execute, and deliver any and all agreements, instruments, or documents, by or on behalf of the Company, necessary to implement the Cash Collateral Order, as well as any additional or further agreements for the use of cash collateral in connection with the Company's chapter 11 case, which agreement(s) may require the Company to grant liens to the Company's existing lenders and each other agreement, instrument, or document to be executed and delivered in connection therewith, by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof.

## V.    FURTHER ACTIONS AND PRIOR ACTIONS

**BE IT FURTHER RESOLVED THAT:**  Each of the Authorized Officers are hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, complaints, applications for approvals or ruling of governmental or regulatory authorities, certificates, or other documents, and to take such other action, as in the judgment of such Authorized Officer shall be or become necessary, proper, and desirable to fully carry out the purpose and intent of the foregoing resolutions;

3

**BE IT FURTHER RESOLVED THAT:** All acts lawfully done or actions lawfully taken by any of the Authorized Officers of the Company or any of the professionals to seek relief on behalf of the Company under the Bankruptcy Code or in connection with the chapter 11 case, or any matter or proceeding related thereto, be and hereby are adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company;

**BE IT FURTHER RESOLVED THAT:** Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered for, in the name of and on behalf of the Company to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his/her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

**BE IT FURTHER RESOLVED THAT:** All acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

*      *      *      *

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SOURCE HOME ENTERTAINMENT, LLC, *et al.*,[1] | Case No. 14-_____ (___) |
| Debtors. | (Joint Administration Requested) |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING THE 35 LARGEST UNSECURED CLAIMS

The above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code. The following is the consolidated list of the Debtors' creditors holding the 35 largest unsecured claims (the "Consolidated List") based on the Debtors' books and records as of approximately June 23, 2014. The Consolidated List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The Consolidated List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors. None of these creditors are minor children. The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority, or amount of any claim. The Debtors further reserve all rights to amend the information set forth herein.

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 1. | Time/Warner Retail Sales & Marketing Inc. 260 Cherry Hill Rd. Parsippany, NJ 07054 Phone: (973) 939-7200 Fax: (201) 995-1672 Email: rich_jacobsen@timeinc.com | Trade Debt | Disputed, Subject to Setoff | $53,776,843 |

---

[1]    The Debtors, together with the last four digits of each Debtor's federal tax identification number, are:  Source Home Entertainment, LLC (8517); Directtou, Inc. (4741); RDS Logistics, LLC (0305); Retail Vision, LLC (2023); Source Interlink Distribution, LLC (3387); Source Interlink International, Inc. (1428); Source Interlink Manufacturing, LLC (7123); and Source Interlink Retail Services, LLC (6967).  The location of the Debtors' corporate headquarters and the service address for all Debtors is:  27500 Riverview Center Boulevard, Suite 400, Bonita Springs, Florida 34134.

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 2. | Curtis Circulation Company, LLC 730 River Rd. New Milford, NJ 07646 Phone:  (201) 634-7415 Fax:      (201) 634-7493 Email:  dporti@curtiscirc.com | Trade Debt | Disputed, Subject to Setoff | $49,146,861 |
| 3. | Comag Marketing Group, LLC 2970 Peachtree Rd. N.W., Ste. 615 Atlanta, GA 30305 Phone:  (404) 231-3050 Fax:      (404) 231-3454 Email:  jfelts@i-cmg.com | Trade Debt | Disputed, Subject to Setoff | $32,751,835 |
| 4. | BGI, Inc., f/k/a Borders Group, Inc. Attn:  Bruce S. Nathan Lowenstein Sandler PC 1251 Ave. of the Americas New York, NY 10020 Phone:  (212) 204-8686 Fax:      (973) 422- 6851 Email:  bnathan@lowenstein.com | Pending Litigation | Contingent, Disputed | $16,870,502 |
| 5. | Kable Distribution Services, Inc. 14 Wall St., Ste. 4C New York, NY 10005 Phone:  (212) 705-4635 Fax:      (212) 705-4668 Email:  mduloc@kable.com | Trade Debt | Disputed, Subject to Setoff | $11,744,165 |
| 6. | Heinrich Bauer (USA) LLC 270 Sylvan Ave. Englewood Cliffs, NJ 07632 Phone:  (201) 569-6699 (ext. 203) Fax:      (201) 569-5303 Email:  rparker@bauer-usa.com | Trade Debt | Disputed, Subject to Setoff | $10,412,501 |
| 7. | Chicago Newspaper Publishers Drivers' Union Pension Trust 5940 W. Montrose Ave. Chicago, IL 60634 Phone:  (773) 685-0340 Fax:      (773) 685-0463 Email:  billc@727benefitfunds.com | Pension | | $8,316,199 |
| 8. | Teamsters' Pension Trust Fund of Philadelphia and Vicinity 6981 N. Park Dr., Ste. 400 Pennsauken, NJ 08109 Phone:  (800) 523-2846 Fax:      (856) 382-2401 Email:  weinhorn@teamsterfunds.com | Pension | | $6,656,068 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 9. | Wal-Mart Stores, Inc. 702 S.W. 8th St. Bentonville, AR 72716 Phone:  (479) 274-6051 Fax:     N/A Email:   steve.bratspies@wal-mart.com | Trade Debt | Disputed, Subject to Setoff | $5,190,319 |
| 10. | PMG International, LTD 1011 N. Frio St. San Antonio, TX 78207 Phone:  (210) 212-3125 Fax:     (210) 226-5716 Email:   bweiner@pmg-intl.com | Trade Debt | Disputed, Subject to Setoff | $4,424,048 |
| 11. | Marketforce (UK) Ltd. Blue Fin Building, 110 Southwark St. London, SE1 0SU United Kingdom Phone:  +44 020 3148 3561 Fax:     N/A Email:   stephen_hirst@ipcmedia.com | Trade Debt | Disputed, Subject to Setoff | $3,947,523 |
| 12. | Readerlink Distribution Services, LLC 1420 Kensington Rd., Ste. 300 Oak Brook, IL 60523 Phone:  (708) 547-4500 Fax:     (630) 590-2302 Email:   DAbboud@Readerlink.com | Trade Debt | Disputed, Subject to Setoff | $3,829,807 |
| 13. | United Parcel Service, Inc. 6001 E. 8th Ave. Hialeah, FL 33013 Phone:  (954) 445-5134 Fax:     N/A Email:   ovila@ups.com | Trade Debt | | $3,505,566 |
| 14. | COMAG Ltd. Tavistock Rd. W. Drayton Middlesex, UB7 7QE United Kingdom Phone:  (609) 524-1680 Fax:     (609) 524-1657 Email:   mike.mirams@comag.co.uk | Trade Debt | Disputed, Subject to Setoff | $3,008,132 |
| 15. | United Wire Metal and Machine Pension Fund 10 E. 15th St. New York, NY 10033 Attn: Harvey S. Morgan Administrator / Trustee Phone:  (212) 692-4100 (ext. 213) Fax:     N/A Email:   hmorgan@local810.org | Pension | | $2,809,926 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 16. | Seymour International Limited<br>2 E. Poultry Ave.<br>London, EC1A 9PT<br>United Kingdom<br>Phone:  +44 020 7429 4000<br>Fax:      +44 020 7429 4001<br>Email:  tracy.osullivan@seymour.co.uk | Trade Debt | Disputed, Subject to Setoff | $2,653,713 |
| 17. | American Media, Inc.<br>4950 Communication Ave.<br>Boca Raton, FL 33431<br>Phone:  (561) 989-1074<br>Fax:      (561) 989-1224<br>Email:  DPecker@amilink.com | Trade Debt | Disputed, Subject to Setoff | $2,252,715 |
| 18. | Coast to Coast Newsstand Services Partnership<br>5230 Finch Ave. E., Ste. #1<br>Toronto, ON M1S 4Z9<br>Canada<br>Phone:  (416) 754-3900<br>Fax:      (416) 754-4900<br>Email:  glennm@ctcmagazines.com | Trade Debt | Disputed, Subject to Setoff | $2,182,938 |
| 19. | Future plc<br>30 Monmouth St.<br>Bath, BA1 2BW<br>United Kingdom<br>Phone:  +44 012 2582 2785<br>Fax:      +44 012 2573 2295<br>Email:  Richard.Walker@futurenet.com | Trade Debt | Disputed, Subject to Setoff | $2,122,938 |
| 20. | Harris Publications, Inc.<br>115 Broadway, 8th Fl.<br>New York, NY 10010<br>Phone:  (212) 807-7100<br>Fax:      (212) 414-4628<br>Email:  rciotta02@aol.com | Trade Debt | Disputed, Subject to Setoff | $1,869,529 |
| 21. | Time, Inc.<br>1271 Ave. of the Americas<br>New York, NY 10020<br>Phone:  (212) 522-1686<br>Fax:      N/A<br>Email:  lynne.biggar@timeinc.com | Trade Debt | Disputed, Subject to Setoff | $1,796,398 |
| 22. | Target Corporation<br>1000 Nicollet Mall<br>Minneapolis, MN 55403<br>Phone:  (612) 696-6365<br>Fax:      N/A<br>Email:  michelle.collier@target.com | Trade Debt | Disputed, Subject to Setoff | $1,631,073 |

4

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 23. | Walgreen Co. 104 Wilmot Rd. MS #1425 Deerfield, IL 60015 Phone:  (847) 315-3934 Fax:      (847) 315-6885 Email:   david.kingman@walgreens.com | Trade Debt | Disputed, Subject to Setoff | $1,092,399 |
| 24. | Executive Express d/b/a 1st Choice Courier and Distribution 9461 Dielman Rock Island Industrial Dr. Olivette, MO 63132 Phone:  (314) 895-6123 Fax:      (314) 997-7775 Email:   jflegel@1stchoicecourier.com | Trade Debt | | $835,134 |
| 25. | Koosharem Corporation 7333 Clairemont Mesa Blvd. San Diego, CA 92111 Phone:  (619) 806-5800 Fax:      (858) 637-2922 Email:   Kelli.Ryan@selectstaffing.com | Trade Debt | | $828,045 |
| 26. | Stampington & Company LLC 876 Genoa Way San Marcos, CA 92009 Phone:  (949) 380-7318 Fax:      (949) 380-9355 Email:   pkapur@stampington.com | Trade Debt | Disputed, Subject to Setoff | $767,581 |
| 27. | Penske Truck Leasing Co., L.P. 3850 N. Mannheim Rd. Franklin Park, IL 60131 Phone:  (847) 671-0301 Fax:      (847) 671-7262 Email:   billy.britt@penske.com | Trade Debt | | $730,089 |
| 28. | Wenner Media, LLC 1290 Ave. of the Americas, 2nd Fl. New York, NY 10104 Phone:  (212) 484-4211 Fax:      (212) 484-4201 Email:   john.gruber@wennermedia.com | Trade Debt | Disputed, Subject to Setoff | $728,226 |
| 29. | Western Conference Of Teamsters Pension Trust 2323 Eastlake Ave. E. Seattle, WA 98102 Phone:  (206) 726-3250 Fax:      N/A Email:   N/A | Pension | | $708,341 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 30. | Mac Papers 5900 N.W. 176th St. Miami, FL 33015 Phone:  (786) 385-7234 Fax:     (305) 362-0262 Email:   jim.lyon@macpapers.com | Trade Debt | | $655,901 |
| 31. | Playboy Enterprises International, Inc. 4950 Communication Ave. Boca Raton, FL 33431 Phone:  (561) 989-1089 Fax:     (561) 989-1224 Email:   thannon@amilink.com | Trade Debt | Disputed, Subject to Setoff | $619,903 |
| 32. | Kalmbach Publishing Co. 21027 Crossroads Circle Waukesha, WI 53187-1612 Phone:  (262) 798-6638 Fax:     (262) 798-6592 Email:   edelany@kalmbach.com | Trade Debt | Disputed, Subject to Setoff | $605,373 |
| 33. | Disticor Magazine Distribution Services 695 Westney Rd. S., Ste. 14 Ajax, Ontario L1S 6M9 Canada Phone:  (905) 619-6565 Fax:     (905) 619-2903 Email:   johnl@disticor.com | Trade Debt | Disputed, Subject to Setoff | $576,188 |
| 34. | Debbie Grossberg, et al. Attn:  Matthew Righetti Righetti Glugoski, PC 456 Montgomery St., Ste #1400 San Francisco, CA 94104 Phone:  (415) 983-0900 Fax:     (415) 397-9005 Email:   Matt@righettilaw.com | Pending Litigation | Contingent, Unliquidated, Disputed | Unknown |
| 35. | Jorge Lopez, et al. Attn:  Miriam Schimmel Initiative Legal Group APC Righetti Glugoski, PC 1800 Century Park E., 2nd Fl. Los Angeles, CA 90067 Phone:  (310) 556-5637 Fax:     (310) 861-9051 Email:   mschimmel@initiativelegal.com | Pending Litigation | Contingent, Unliquidated, Disputed | Unknown |

6

## DECLARATION UNDER PENALTY
## OF PERJURY ON BEHALF OF CORPORATION

Pursuant to 28 U.S.C. § 1746, I, Stephen Dubé, the undersigned Chief Restructuring Officer, declare under penalty of perjury that I have reviewed the consolidated list of creditors holding the 35 largest unsecured claims and that it is true and correct to the best of my information and belief.

Dated:  June 23, 2014

_____
Stephen Dubé
Chief Restructuring Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SOURCE HOME ENTERTAINMENT, LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor. | ) |
| | ) |

## LIST OF EQUITY SECURITY HOLDERS[1]

| Debtor | Unit Holder | Address of Unit Holder | Class A Units Held | Class B Units Held |
|---|---|---|---|---|
| Source Home Entertainment, LLC | GoldenTree Credit Opportunities Master Fund, Ltd. | 485 Lexington Avenue 15th Floor New York, NY 10017 Attn: Karen Weber and Bharat Navani | 54,054 | 131,080 |
| Source Home Entertainment, LLC | GoldenTree 2004 Trust | 485 Lexington Avenue 15th Floor New York, NY 10017 Attn: Karen Weber and Bharat Navani | 119,903 | 51,388 |
| Source Home Entertainment, LLC | GoldenTree Credit Opportunities Second Financing, Ltd. | 485 Lexington Avenue 15th Floor New York, NY 10017 Attn: Karen Weber and Bharat Navani | 37,238 | 105,856 |
| Source Home Entertainment, LLC | JPMorgan Chase Bank, N.A. | J.P. Morgan 383 Madison Avenue 24th Floor New York, NY 10179-0001 Attn: Charles K. Holmes | 93,337 | 0 |

---

[1]  This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are based on the above-captioned debtor's books and records as of June 23, 2014.

| Debtor | Unit Holder | Address of Unit Holder | Class A Units Held | Class B Units Held |
|---|---|---|---|---|
| Source Home Entertainment, LLC | GoldenTree High Yield Value Fund Offshore 110 Limited | 485 Lexington Avenue 15th Floor New York, NY 10017 Attn: Karen Weber and Bharat Navani | 58,409 | 0 |
| Source Home Entertainment, LLC | General Electric Capital Corporation | 11175 Cicero Drive Suite 600 Alpharetta, GA 30022-1167 Attn:  Kirk Sonnefeld | 57,103 | 0 |
| Source Home Entertainment, LLC | GN3 SIP Limited | 485 Lexington Avenue 15th Floor New York, NY 10017 Attn: Karen Weber and Bharat Navani | 51,054 | 0 |
| Source Home Entertainment, LLC | Absalon II, Limited | 485 Lexington Avenue 15th Floor New York, NY 10017 Attn: Karen Weber and Bharat Navani | 45,307 | 0 |
| Source Home Entertainment, LLC | Stichting PGGM Depositary, acting in its capacity as depositary of PGGM High Yield Fund | 485 Lexington Avenue 15th Floor New York, NY 10017 Attn: Karen Weber and Bharat Navani | 36,593 | 0 |
| Source Home Entertainment, LLC | Unipension Invest F.M.B.A., High Yield Obligationer | 485 Lexington Avenue 15th Floor New York, NY 10017 Attn: Karen Weber and Bharat Navani | 32,109 | 0 |
| Source Home Entertainment, LLC | GoldenTree High Yield Value Fund Offshore (Strategic), Ltd. | 485 Lexington Avenue 15th Floor New York, NY 10017 Attn: Karen Weber and Bharat Navani | 18,661 | 0 |
| Source Home Entertainment, LLC | City of New York Group Trust | 485 Lexington Avenue 15th Floor New York, NY 10017 Attn: Karen Weber and Bharat Navani | 16,529 | 0 |
| Source Home Entertainment, LLC | San Bernardino County Employees' Retirement Association | 485 Lexington Avenue 15th Floor New York, NY 10017 Attn: Karen Weber and Bharat Navani | 13,850 | 0 |

| Debtor | Unit Holder | Address of Unit Holder | Class A Units Held | Class B Units Held |
|---|---|---|---|---|
| Source Home Entertainment, LLC | GoldenTree Loan Opportunities III, Ltd. | 485 Lexington Avenue 15th Floor New York, NY 10017 Attn: Karen Weber and Bharat Navani | 9,615 | 0 |
| Source Home Entertainment, LLC | GoldenTree Loan Opportunities V, Ltd. | 485 Lexington Avenue 15th Floor New York, NY 10017 Attn: Karen Weber and Bharat Navani | 9,615 | 0 |
| Source Home Entertainment, LLC | GoldenTree Loan Opportunities IV, Ltd. | 485 Lexington Avenue 15th Floor New York, NY 10017 Attn: Karen Weber and Bharat Navani | 8,976 | 0 |
| Source Home Entertainment, LLC | Credit Fund Golden Ltd. (f/k/a SEB Credit Ltd.) | 485 Lexington Avenue 15th Floor New York, NY 10017 Attn: Karen Weber and Bharat Navani | 7,592 | 0 |
| Source Home Entertainment, LLC | GT NM, L.P. | 485 Lexington Avenue 15th Floor New York, NY 10017 Attn: Karen Weber and Bharat Navani | 6,283 | 0 |
| Source Home Entertainment, LLC | CenturyLink, Inc. Defined Benefit Master Trust | 485 Lexington Avenue 15th Floor New York, NY 10017 Attn: Karen Weber and Bharat Navani | 6,168 | 0 |
| Source Home Entertainment, LLC | Serengeti Lycaon MM L.P. | Serengeti Asset Management LP 632 Broadway 12th Floor New York, NY 10012 Attn: Erin Finegan | 5,672 | 0 |
| Source Home Entertainment, LLC | Madison Park Funding II Ltd. | One Madison Avenue 10th Floor New York, NY 10010 Attn: Michael Chaisanguanthum | 3,998 | 0 |

| Debtor | Unit Holder | Address of Unit Holder | Class A Units Held | Class B Units Held |
|---|---|---|---|---|
| Source Home Entertainment, LLC | Bentham Wholesale Syndicated Loan Fund | One Madison Avenue 10th Floor New York, NY 10010 Attn: Michael Chaisanguanthum | 3,427 | 0 |
| Source Home Entertainment, LLC | Madison Park Funding III Ltd. | One Madison Avenue 10th Floor New York, NY 10010 Attn: Michael Chaisanguanthum | 3,427 | 0 |
| Source Home Entertainment, LLC | Madison Park Funding V Ltd. | One Madison Avenue 10th Floor New York, NY 10010 Attn: Michael Chaisanguanthum | 3,427 | 0 |
| Source Home Entertainment, LLC | Dignity Health | 485 Lexington Avenue 15th Floor New York, NY 10017 Attn: Karen Weber and Bharat Navani | 3,182 | 0 |
| Source Home Entertainment, LLC | Madison Park Funding IV Ltd. | One Madison Avenue 10th Floor New York, NY 10010 Attn: Michael Chaisanguanthum | 2,856 | 0 |
| Source Home Entertainment, LLC | Atrium IV | One Madison Avenue 10th Floor New York, NY 10010 Attn: Michael Chaisanguanthum | 1,713 | 0 |
| Source Home Entertainment, LLC | Castle Garden Funding | One Madison Avenue 10th Floor New York, NY 10010 Attn: Michael Chaisanguanthum | 1,713 | 0 |

4

## DECLARATION UNDER PENALTY OF PERJURY

I, Stephen Dubé, the undersigned Chief Restructuring Officer, declare under penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Dated:  June 23, 2014

_____
Stephen Dubé
Chief Restructuring Officer

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SOURCE HOME ENTERTAINMENT, LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor. | ) |
| | ) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, (a) the following table identifies all entities that directly or indirectly own 5% or more of the equity of the above-captioned debtor in possession (the "Debtor"), and (b) the organizational chart attached hereto identifies all entities, if any, in which the Debtor owns an interest.

| Debtor | Unit Holder | Address of Unit Holder | Approximate Percentage of Units Held |
|---|---|---|---|
| Source Home Entertainment, LLC | Funds affiliated with GoldenTree Asset Management, LP | 485 Lexington Avenue 15th Floor New York, NY 10017 Attn: Karen Weber and Bharat Navani | 82% |
| Source Home Entertainment, LLC | JPMorgan Chase Bank, N.A. | J.P. Morgan 383 Madison Avenue 24th Floor New York, NY 10179-0001 Attn: Charles K. Holmes | 9.3% |
| Source Home Entertainment, LLC | General Electric Capital Corporation | 11175 Cicero Drive Suite 600 Alpharetta, GA 30022-1167 Attn: Kirk Sonnefeld | 5.7% |

## DECLARATION UNDER PENALTY OF PERJURY

I, Stephen Dubé, the undersigned Chief Restructuring Officer, declare under penalty of perjury that I have read the corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated: June 23, 2014

_____
Stephen Dubé
Chief Restructuring Officer



## Corporate Organizational Chart

- Source Home Entertainment, LLC Shareholders
- Source Home Entertainment, LLC (Delaware) — 100%
  - Source Interlink International, Inc. (Delaware)
    - International Circulation Services, LLC (Delaware) — 50%
  - Retail Vision, LLC (Delaware)
  - Source Interlink Distribution, LLC (Delaware) — 100%
    - Source Interlink Retail Services, LLC (Delaware) — 100%
    - Directtou, Inc. (Delaware) — 100%
    - Source Interlink Manufacturing, LLC (Delaware) — 100%
    - RDS Logistics, LLC (Delaware) — 100%
    - Magazine Information Network, LLC (Delaware) — 27.4%
  - The Source Canada Corp. (Ontario, Canada)

**Legend**
- Debtor
- Non-Debtor