IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SOURCE HOME ENTERTAINMENT, LLC, ) | Case No. 14-11553 (KG) |
| ) | Re: Doc. No. 3 |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 20-2228517 ) | |
| | |
| In re: ) | Chapter 11 |
| ) | |
| DIRECTTOU, INC., ) | Case No. 14-11554 (KG) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 20-5704741 ) | |
| | |
| In re: ) | Chapter 11 |
| ) | |
| RDS LOGISTICS, LLC, ) | Case No. 14-11555 (KG) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 26-1690305 ) | |
| | |
| In re: ) | Chapter 11 |
| ) | |
| RETAIL VISION, LLC, ) | Case No. 14-11556 (KG) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 38-3912023 ) | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SOURCE INTERLINK DISTRIBUTION, LLC, | ) Case No. 14-11557 (KG) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 36-4053387 | ) |
| | |
| In re: | ) Chapter 11 |
| | ) |
| SOURCE INTERLINK INTERNATIONAL, INC., | ) Case No. 14-11558 (KG) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-0251428 | ) |
| | |
| In re: | ) Chapter 11 |
| | ) |
| SOURCE INTERLINK MANUFACTURING, LLC, | ) Case No. 14-11559 (KG) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-1307123 | ) |
| | |
| In re: | ) Chapter 11 |
| | ) |
| SOURCE INTERLINK RETAIL SERVICES, LLC, | ) Case No. 14-11560 (KG) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-1306967 | ) |
| | ) **Re: Docket No. 3** |

## ORDER (A) DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' RELATED CHAPTER 11 CASES AND (B) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"): (a) directing procedural consolidation and joint administration of the Debtors' related chapter 11 cases; and (b) granting related relief; all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 14-11553 (KG).

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SOURCE HOME ENTERTAINMENT, LLC, *et al.*,[1] | ) Case No. 14-11553 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Source Home Entertainment, LLC (8517); Directtou, Inc. (4741); RDS Logistics, LLC (0305); Retail Vision, LLC (2023); Source Interlink Distribution, LLC (3387); Source Interlink International, Inc. (1428); Source Interlink Manufacturing, LLC (7123); and Source Interlink Retail Services, LLC (6967). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 27500 Riverview Center Boulevard, Suite 400, Bonita Springs, Florida 34134.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. An entry shall be made on the docket of each of the Debtors' cases, other than that of Source Home Entertainment, LLC, that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of: Source Home Entertainment, LLC; Directtou, Inc.; RDS Logistics, LLC; Retail Vision, LLC; Source Interlink Distribution, LLC; Source Interlink International, Inc.; Source Interlink Manufacturing, LLC; and Source Interlink Retail Services, LLC. All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 14-11553 (KG).

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: June 24, 2014
Wilmington, Delaware

The Honorable Kevin Gross
Chief United States Bankruptcy Judge