# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| SOURCE HOME ENTERTAINMENT, LLC, *et al.*,[1] | ) Case No. 14-11553 (KG) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: Docket No. 570** |

## PLAN SUPPLEMENT TO DEBTORS' FIRST AMENDED JOINT PLAN OF LIQUIDATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

The above-captioned debtors and debtors in possession (collectively, the "Debtors") submit this plan supplement (this "Plan Supplement") in support of, and in accordance with, the *Debtors' First Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 570] (as may be amended, supplemented, or modified from time to time, the "Plan"). Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan. The documents contained in this Plan Supplement are integral to, part of, and incorporated by reference into the Plan. These documents have not yet been approved by the Bankruptcy Court. If the Plan is confirmed by the Bankruptcy Court, the documents contained in this Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Source Home Entertainment, LLC (8517); Directtou, Inc. (4741); RDS Logistics, LLC (0305); Retail Vision, LLC (2023); Source Interlink Distribution, LLC (3387); Source Interlink International, Inc. (1428); Source Interlink Manufacturing, LLC (7123); and Source Interlink Retail Services, LLC (6967). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 27500 Riverview Center Boulevard, Suite 400, Bonita Springs, Florida 34134.

## **Contents**

This Plan Supplement contains the following documents, each as may be amended, modified, or supplemented from time to time by the Debtors in accordance with the Plan as set forth below:

**Exhibit A**   Schedule of Assumed Executory Contracts and Unexpired Leases[2]
**Exhibit B**   Schedule of Retained Causes of Action
**Exhibit C**   Form of Plan Administrator Agreement
**Exhibit D**   Amount of Administrative and Priority Claims Reserve and Post-Effective Date Debtor Reserve

Certain documents, or portions thereof, contained in this Plan Supplement remain subject to continuing negotiations among the Debtors and interested parties with respect thereto. The Debtors reserve all rights to amend, revise, or supplement the Plan Supplement, and any of the documents and designations contained herein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[2]   All contracts or leases listed on Exhibit A hereto shall also be deemed to include any and all related or ancillary agreements and documents. All contracts or leases not listed on Exhibit A hereto shall be deemed to be rejected on the Effective Date unless otherwise specified in the Plan or the Confirmation Order, or as otherwise agreed by the parties in writing.

| | |
|---|---|
| Wilmington, Delaware<br>Dated: February 6, 2015 | */s/ Ryan M. Bartley*<br>Robert S. Brady (DE Bar No. 2847)<br>Pauline K. Morgan (DE Bar No. 3650)<br>Edmon L. Morton (DE Bar No. 3856)<br>Ryan M. Bartley (DE Bar No. 4985)<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:   (302) 571-6600<br>Facsimile:    (302) 571-1253<br>Email:           rbrady@ycst.com<br>                       pmorgan@ycst.com<br>                       emorton@ycst.com<br>                       rbartley@ycst.com<br><br>- and -<br><br>Paul M. Basta, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:           paul.basta@kirkland.com<br><br>- and -<br><br>David L. Eaton (admitted *pro hac vice*)<br>Michael W. Weitz (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>300 N. LaSalle<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:           david.eaton@kirkland.com<br>                       michael.weitz@kirkland.com<br><br>*Counsel for the*<br>*Debtors and Debtors in Possession* |